Adilene Flores Estrada # 318690
Law Office of Adilene Flores Estrada
2014 Tulare Street, Suite 210
Fresno, CA, 93721
Telephone: (209) 843-0090
Adilene@adilenefloreslaw.com

Attorney for ALEXANDER ALVAREZ

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ALEXANDER ALVAREZ<br><br>          Defendant. | Case No.:  1:22-CR-00035-JLT-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ADILENE FLORES ESTRADA AS ATTORNEY OF RECORD AND ORDER** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

Defendant was transferred from the US District court, District of Nevada. On May 26, 2022, defendant Alexander Alvarez initially appeared Re: Supervised Release Violation Petition. on June 9, 2022, CJA Panel Attorney Adilene Flores Estrada was appointed as trial counsel to represent Mr. Alvarez.  On July 22, 2022, Mr. Alvarez was sentenced.  The 14 days to file a notice of direct appeal have passed.  No direct appeal was filed.  Mr. Alvarez was in custody at sentencing.  Having completed his representation of Mr. Alvarez, CJA attorney Adilene Flores Estrada, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Alvarez require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 06/03/2025

Respectfully submitted,

/s/ Adilene Flores Estrada
ADILENE FLORES ESTRADA
Attorney for Defendant
ALEXANDER ALVAREZ

## ORDER

Having reviewed the notice and found that attorney Adilene Flores Estrada has completed the services for which she was appointed, the Court hereby grants attorney's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Alexander Alvarez at the following address and to update the docket to reflect Defendant's pro se status.

Last Known Address:
Alexander Alvarez
Register Number: 55952-048
Lerdo Justice Facility
17801 Industrial Farm Road
Bakersfield, CA 93308

**IT IS SO ORDERED**

Dated: June 4, 2025

UNITED STATES DISTRICT JUDGE

(2)